J. C. GATZ, PLAINTIFF IN ERROR, V. ANTON CABON, DEFENDANT IN ERROR.

ERROR to the district court for Pierce county. Tried below before TIFFANY, J.

*E. P. Weatherby,* for plaintiff in error.

*H. C. Brome,* for defendant in error.

MAXWELL, CH. J.

The questions involved in this case are substantially the same as those which arose in *McNamara & Duncan v. Anton Cabon, ante* p. 589, and the same judgment will be entered as in that case. The judgment of the district court is reversed and the cause remanded for further proceedings.

REVERSED AND REMANDED.